# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SHAQUALA BROWN, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 7:22-cv-00551-AMM-JHE |
| WARDEN CHAD GARRETT, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Shaquala Brown filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the Federal Bureau of Prisons' method of applying First Step Act time credits toward her sentence. Doc. 1. On December 22, 2022, the magistrate judge entered a report recommending that the court grant the respondent's motion for summary dismissal for failure to exhaust administrative remedies or, in the alternative, deny the petition as meritless. Doc. 18. Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the respondent's motion for summary dismissal is due to be granted and the petition for a writ of habeas

corpus, Doc. 1, is due to be dismissed for failure to exhaust administrative remedies or, in the alternative, denied as meritless. A final judgment will be entered.

**DONE** and **ORDERED** this 9th day of January, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE